**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMIE LYNEX,<br><br>            Petitioner,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.<br><br>            Respondents. | NO. CV 14-4834-DOC(E)<br><br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 21, 2014.

_/s/ David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE